___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Date: January 10, 2020

Cases: 8:19-cv-01341-JLS-ADS Daniel Chavez v. Charter Communications, LLC, et al
2:19-cv-07567-JLS-ADS Dario Gonzales et al v. Charter Communications, LLC, et al
2:19-cv-09635-JLS-ADS Michael Gennarelli v. Charter Communications, Inc., et al
2:19-cv-06997-JLS-ADS Mary-Catherine Boumaiz v. Charter Communications, LLC, et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero/Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:           Attorneys Present for Defendant:

Not Present                                          Not Present

**Proceedings:**     **(In Chambers) ORDER TO SHOW CAUSE RE CONSOLIDATION**

The Court ORDERS the parties in the above-captioned cases to show cause why the above captioned cases should not be consolidated for pretrial purposes or all purposes pursuant to Federal Rule of Civil Procedure 42(a). The parties shall file their responses no later than January 27, 2020.

**IT IS SO ORDERED.**

Initials of Preparer:  tg/rrp

___