UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHAVEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, LLC, a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-01341-JLS-ADS<br><br>**ORDER RE: JOINT STIPULATION AND PROTECTIVE ORDER** |

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: July 20, 2020

/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge