**NOTE: CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHAVEZ, on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC, a Delaware corporation; and DOES 1 through 25, inclusive;<br><br>Defendants. | Case No. 8:19-CV-01341-JLS-ADS<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DAUBERT AND NON-DAUBERT MOTION DEADLINES** |

THE COURT, having received and reviewed the Parties' Joint Stipulation to Continue *Daubert* and Non-Daubert Motion Deadlines, and in light of the other Scheduling Order deadlines in this matter, finds that good cause exists to GRANT the request.  Accordingly, IT IS HEREBY ORDERED THAT: (1) the Last Day to File *Daubert* motions, and (2) the Last Day to File Non-*Daubert* Motions in Limine shall be continued as follows:

- Last Day to File *Daubert* motions: **July 30, 2021**;
- Last Day to File Non-*Daubert* motions in limine: **August 11, 2021**.

**IT IS SO ORDERED.**

Dated:  February 16, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1