**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHAVEZ,<br><br>         Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, LLC, a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>         Defendants. | Case No.: 8:19-cv-01341-JLS-ADS<br><br>**JUDGMENT** |

On June 15, 2021, the Court denied Plaintiff Daniel Chavez's Motion for Class Certification. (Doc. 76).

On March 6, 2024, the Court ruled that trial would be bifurcated into two phases, with the first phase concerning Plaintiff's individual claims and the second phase concerning Plaintiff's non-individual PAGA claims. (Doc. 160).

On April 22-24, 2025, Plaintiff's individual claims were tried by a jury. During the course of trial, Plaintiff voluntarily dismissed and abandoned his claims for failure to provide legally compliant wage statements (Labor Code § 226) and failure to make semi-monthly payments (Labor Code § 204). The following individual claims were submitted to the jury: (1) failure to pay overtime; (2) failure to provide legally compliant rest periods; (3) failure to provide legally compliant meal periods; and (4) failure to pay all wages due upon resignation.

After presentation of evidence and arguments of counsel, the jury was duly instructed by the Court, and the case was submitted to the jury on April 24, 2025.

The jury deliberated and thereafter returned a verdict in favor of Defendant Charter Communications, LLC on all claims submitted, finding that Plaintiff was correctly classified as an exempt employee under the outside sales exemption at all times relevant to Plaintiff's claims.

Given the jury's verdict, the Court finds that Plaintiff is not an "aggrieved employee" and that he cannot prove all of the requisite elements of his PAGA claim because he, himself, was not aggrieved.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:**

1. Judgment is entered in favor of Defendant Charter Communications, LLC and against Plaintiff on all claims in the Complaint;
2. This action is DISMISSED WITH PREJUDICE in its entirety; and
3. Defendant Charter Communications, LLC is the prevailing party for purposes of Federal Rule of Civil Procedure 54.

Dated: May 6, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE